IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.5:07CR4-V

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOSHUA SHIELDS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Application for Admission Pro Hac Vice" (document #7) of defense counsel Kristina M. Walter. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: May 24, 2007

Carl Horn, III
United States Magistrate Judge