UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH
CAROLINA STATESVILLE DIVISION

UNITED STATES OF AMERICA vs.

DOCKET NO. 5:07CR04-V ) ) )  O R D E R )

**JOSHUA PETER THOMAS SHIELDS** )

**UPON MOTION** of the Defendant for an Order directing the Government to make available for inspection the mirror images of the computer hard drive and digital evidence seized in the above referenced case, and with the consent of the Government:

The subject Motion is hereby **GRANTED**, that is, the Government shall provide defense counsel and its computer forensic examiner, Douglas Troutman, with said mirror images for examination by defense counsel and its examiner. The examination shall take place at the United States Postal Inspection Service, located at 2300 Yorkmont Road, Suite, 200, Charlotte, North Carolina, at a time mutually convenient to the parties.

**IT IS ORDERED**, however, that the defense shall not copy, duplicate, replicate, or photograph (or cause the same to occur) said mirror images constituting contraband, in whole or in part, onto any external media, including but not limited to paper or any data storage device.

**IT IS FURTHER ORDERED** that any computer used by the defense to view, inspect, or analyze the contraband hard drive containing the child pornography, must be forensically cleaned (wiped) of data before it is removed from the USPIS office in Charlotte.

**SO ORDERED.**

Carl Horn, III
United States Magistrate Judge

Signed: November 19, 2007