IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07cr4-1-V

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| ) | |
| **JOSHUA PETER THOMAS SHIELDS** ) | |

**THIS MATTER** is before the Court on its own motion to set a sentencing hearing in the above captioned case.

**IT IS, THEREFORE, ORDERED** that a sentencing hearing in this matter is scheduled for October 6, 2008 at 2:00 p.m. in the United States Courthouse, in Statesville, North Carolina. Additionally, the Court granted a continuance in this matter on April 9, 2008. There will be **no** further continuances granted..

Richard L. Voorhees
United States District Judge

Signed: August 8, 2008